An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOHN DICOSTANTINO, AN INDIVIDUAL; AND NEWLIN WARDEN, AN INDIVIDUAL,<br><br>              Appellants,<br>vs.<br>FDIC, AS RECEIVER FOR COMMUNITY BANK OF NEVADA, FSB,<br><br>              Respondent. | No. 63706<br><br>**FILED**<br><br>APR 24 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY_____<br>CHIEF DEPUTY CLERK |
| JOHN DICOSTANTINO, AN INDIVIDUAL; AND NEWLIN WARDEN, AN INDIVIDUAL,<br><br>              Appellants,<br>vs.<br>FDIC, AS RECEIVER FOR COMMUNITY BANK OF NEVADA, FSB,<br><br>              Respondent. | No. 64303 |

*ORDER DISMISSING APPEALS*

On February 27, 2015, this court entered an order summarizing the numerous extensions of time granted to appellants based on the parties' ongoing settlement negotiations. Our order directed appellants to file and serve the opening brief and appendix by April 14, 2015, and cautioned that failure to comply could result in the imposition of sanctions, including the dismissal of this appeal. Instead of an opening brief, appellants have filed a "Notice of Approved Settlement" informing this court that the parties have received approval of the settlement from the FDIC and are "in the process of executing the previously negotiated

15-12573

settlement agreement terms." Based on appellants' representation that the parties have reached a settlement, these appeals are dismissed.

It is so ORDERED.

_____, C.J.

cc:  Hon. Gloria Sturman, District Judge
     Lansford W. Levitt, Settlement Judge
     Marquis Aurbach Coffing
     Schwartz Flansburg PLLC
     Smith Larsen & Wixom
     Eighth District Court Clerk